**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROSEMARY HAMILTON                                                                PLAINTIFF

v.                            NO. 3:05cv00204 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                            DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 15th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE